UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LINNIELL PHIPPS,

        Plaintiff,

   v.

ELDON VAIL, et al.,

        Defendants.

CASE NO.  C11-5093BHS/JRC

ORDER DENYING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME

      This is 42 U.S.C. § 1983 civil rights action has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636(b)(1)(A) and (B) and Local Magistrate Judge Rules MJR 1, MJR 3, and MJR 4.  Before the court is a motion for an extension of time to respond to a dispositive motion (ECF No. 25).  Plaintiff has construed the affirmative defense in the answer as a motion.  No dispositive motion is pending.  Therefore, plaintiff need not be granted any extension to file.  The motion is DENIED.

      DATED this 2nd day of May, 2011.

                                             */s/ J. Richard Creatura*
                                             J. Richard Creatura
                                             United States Magistrate Judge

ORDER - 1