UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LINNIELL PHIPPS,<br><br>                Plaintiff,<br><br>    v.<br><br>ELDON VAIL et al.,<br><br>                Defendants. | CASE NO. C11-5093-BHS-JRC<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION AND DIRECTING THE PARTIES TO FOLLOW THIS COURT'S LOCAL RULES |

      This 42 U.S.C. § 1983 civil rights action has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636(b)(1)(A) and (B) and Local Magistrate Judge Rules MJR 1, MJR 3, and MJR 4. Plaintiff asks the Court to reconsider the order granting a stay in discovery (ECF No. 39). The Court stayed discovery in an order filed October 11, 2011 (ECF No. 37). The motion for reconsideration was filed November 15, 2011. Defendant's filed a response opposing the motion (ECF No. 41).

      The Local Rules allow a party fourteen days from entry of an order to file a motion for reconsideration. See Local Rule 7 (h). Even when the Court adds three days for mailing because

plaintiff is an inmate, the last day to file a motion for reconsideration would have been October 29, 2011. The motion is untimely and will not be considered.

Counsel for defendants is also directed to consider Local Rule 7(h)(3). No response to a motion for reconsideration is to be filed unless ordered by the Court and no motion for reconsideration will be granted without an order requesting a response.

Dated this 20th day of December, 2011.

J. Richard Creatura
United States Magistrate Judge

ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION AND DIRECTING THE PARTIES TO FOLLOW THIS COURT'S LOCAL RULES - 2