1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LINNIELL PHIPPS,

          Plaintiff,

    v.

ELDON VAIL, et al.,

          Defendants.

Case No. C11-5093BHS

ORDER ADOPTING REPORT
AND RECOMMENDATION

    This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge (Dkt. 44).

    The Court has considered the R&R and the remaining record, and no objections to the R&R having been filed, does hereby find and order as follows:

    (1)    The R&R is **ADOPTED**;

    (2)    Defendants' motion for summary judgment is **GRANTED**;

    (3)    Plaintiff's in forma pauperis status is **REVOKED**; and

    (4)    This action is **DISMISSED**.

    DATED this 13th day of February, 2012.

BENJAMIN H. SETTLE
United States District Judge

ORDER