UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LINNIELL PHIPPS,

    Plaintiff,

v.

ELDON VAIL, et al.,

    Defendants.

Case No. C11-5093BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge (Dkt. 44).

The Court has considered the R&R and the remaining record, and no objections to the R&R having been filed, does hereby find and order as follows:

(1)     The R&R is **ADOPTED**;

(2)     Defendants' motion for summary judgment is **GRANTED**;

(3)     Plaintiff's in forma pauperis status is **REVOKED**; and

(4)     This action is **DISMISSED**.

DATED this 13th day of February, 2012.

                                            BENJAMIN H. SETTLE
                                            United States District Judge

ORDER